## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

- Plaintiff,            Case No. 07-11796

vs.            Honorable: Robert H. Cleland

JOSEPH M. COMBS,            Claim Number: 1999A16729
SS# XXX-XX-3825
    Defendant,
_____/

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **PART GALORE LLC.** hereby released from any liability under said **WAGE GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

     S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 11, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 11, 2010, by electronic and/or ordinary mail.

     S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522